Case: 4:19-cv-02417-RLW   Doc. #: 1   Filed: 08/26/19   Page: 1 of 11 PageID #: 1

RECEIVED
AUG 26 2019
BY MAIL

FILED
AUG 26 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Ronell Williams | 4:19CV2417 RLW |
| Place of Confinement: FCI Greenville | Prisoner No: |
| Movant | V.   United States of America |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Eastern District of Missouri

   (b) Criminal docket or case number (if you know): 17-CR-275-RLW

2. (a) Date of the judgment of conviction (if you know): August 8, 2018

   (b) Date of sentencing: August 8, 2018

3. Length of sentence: 72 months

4. Nature of crime (all counts): 922(g)(1) & 924(g)(2)

5. (a) What was your plea: (Check one)
   (1) Not guilty      (2) Guilty xx      (3) Nolo contendere (no contest)

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

1

6. If you went to trial, what kind of trial did you have? (Check one)     Jury     Judge Only   N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes     No   N/A

8. Did you appeal from the judgment of conviction?     Yes     No   xx

9. If you did appeal, answer the following:
   (a) Name of court:_____

   (b) Docket or case number (if you know):_____

   (c) Result:_____

   (d) Date of result (if you know):_____

   ~~(e) Citation of the case (if you know):~~_____

   (f) Grounds raised:_____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes   No
      If "Yes," answer the following:
      (1) Docket or case number (if you know):_____

      (2) Result:_____

      (3) Date of result (if you know): _____

      (4) Citation to the case (if you know):_____

      (5) Grounds raised:_____
      _____
      _____
      _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes          No  xx

11. If your answer to Question 10 was "Yes," give the following information:

    (a)(1) Name of court:_____

       (2) Docket of case number (if you know):_____

2

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes    No

(7) Result:_____

(8) Date of result (if you know):_____

(b) If you file any second motion, petition, or application, give the same information:
(1) Name of court:_____

(2) Docket of case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes    No

(7) Result:_____

(8) Date of result (if you know):_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition    Yes    No

    (2) Second petition    Yes    No

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:_____
_____
_____

3

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** _____Ineffective Assistance of Counsel_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):_____
_____See Memorandum_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground One:**   N/A
   (1) If you appealed from the judgment or conviction, did you raise this issue?
          Yes          No

   (2) If you did not raise this issue in your direct appeal, explain why:_____
_____
_____

(c) **Post-Conviction Proceedings:**   N/A
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
          Yes          No

   (2) If your answer to Question (c)(1) is "Yes," state:
       Type of motion or petition:_____

       Name and location of the court where the motion or petition was filed:_____

       Docket or case number (if you know):_____

       Date of the court's decision:_____

       Result (attach a copy of the court's opinion or order, if available):_____

   (3) Did you receive a hearing on your motion, petition, or application?
          Yes          No

   (4) Did you appeal from the denial of your motion, petition, or application?
          Yes          No

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
          Yes          No

4

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____

**GROUND TWO:**_____Ineffective Assistance of Counsel_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):_____
_____See Memorandum_____

(b) **Direct Appeal of Ground Two:** N/A
   (1) If you appealed from the judgment or conviction, did you raise this issue?
       Yes        No

   (2) If you did not raise this issue in your direct appeal, explain why:_____

(c) **Post-Conviction Proceedings:** N/A
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes        No

   (2) If your answer to Question (c)(1) is "Yes," state:
       Type of motion or petition:_____

       Name and location of the court where the motion or petition was filed:_____

5


Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(3) Did you receive a hearing on your motion, petition, or application?
  Yes    No

(4) Did you appeal from the denial of your motion, petition, or application?
  Yes    No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
  Yes    No

(6) If your answer to question (c)(4) is "Yes," state:

 Name and location of the court where the appeal was filed: _____
_____

 Docket case number (if you know): _____

 Date of the court's decision: _____

 Result: (attach a copy of the court's opinion or order if available): _____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____

**GROUND THREE:**   Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): _____
      See Memorandum
_____
_____
_____
_____

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
       Yes          No

   (2) If you did not raise this issue in your direct appeal, explain why:_____
   _____
   _____

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes          No

   (2) If your answer to Question (c)(1) is "Yes", state:
   Type of motion or petition:_____

   Name and location of the court where the motion or petition was filed:_____
   _____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

   Result (attach a copy of the court's opinion or order, if available):_____
   _____
   _____

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes          No

   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes          No

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
       Yes          No

   (6) If your answer to question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:_____
   _____

   Docket case number (if you know):_____

   Date of the court's decision:_____

   Result: (attach a copy of the court's opinion or order if available):_____
   _____

7

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____
_____
_____
_____

GROUND FOUR:____N/A_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
       Yes        No

   (2) If you did not raise this issue in your direct appeal, explain why:_____
_____

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes        No

   (2) If your answer to Question (c)(1) is "Yes," state:
       Type of motion or petition:_____
       Name and location of the court where the motion or petition was filed:_____

       Docket or case number (if you know):_____

       Date of the court's decision:_____

       Result (attach a copy of the court's opinion or order, if available):_____

   (3) Did you receive a hearing on your motion, petition, or application?
           Yes        No

   (4) Did you appeal from the denial of your motion, petition, or application?
           Yes        No

8

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
    Yes          No

(6) If your answer to question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:_____

   _____

   Docket case number (if you know):_____

   Date of the court's decision:_____

   Result: (attach a copy of the court's opinion or order if available):_____

   _____

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____
   _____
   _____
   _____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __N/A__
_____
_____
_____
_____
_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?  Yes          No xx

If "Yes," state the name and location of the court, the docket or case number, the type or proceeding, and the issues raised:_____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing:_____Brocca L. Morrison_____

   (b) At arraignment and plea:____Brocca L. Morrison_____

   (c) At trial:_____N/A_____

9

(d) At sentencing: _____Brocca L. Morrison_____

(e) On appeal: _____N/A_____

(f) In any post-conviction proceeding: _____N/A_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ___ No xx.

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ___  No xx

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
_____
_____

(b) Give the date of the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ___ No ___

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C § 2255 does not bar your motion.* (see below) __This motion is timely._____
_____
_____
_____
_____
_____
_____

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

    A one-year period limitations shall apply to a motion under this section. The limitation period shall run from the latest of:
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

10

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

_____

Therefore, Movant asks that the Court grant the following relief:_____See memorandum_____
_____
or any other relief to which movant is entitled.

_____
Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on__August 22_____
____2019_____ (month, date, year).

Executed (signed) on __Aug 22, 2019_ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____
_____

11